before us—there was no proof from which it could be concluded that the company had waived its rights under the insurance contract by participating in a training program where the agent was encouraged to make representations of the character here in question.

The case is reversed and remanded with directions to grant plaintiff's motion for a new trial and for such other and further proceedings as are not inconsistent with the views herein expressed.

Reversed and remanded with directions.

STAMOS, P. J., and LEIGHTON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. SYLVESTER ROBINSON, Defendant-Appellant.

(No. 56617;

First District—October 17, 1972.

Opinion by Mr. JUSTICE LEIGHTON.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.